Amazon Synchrony Bank
PO Box 960013
Orlando FL 32896


American Express
PO Box 650448
Dallas TX 75265-0448


AmFirst Bank
PO Box 1447
Mc Cook NE 69001


Bank of America
PO Box 660807
Dallas TX 75266-0807


Bank of America Credit Card
PO Box 851001
Dallas TX 75285-1001


Cabela's Club Visa
PO Box 82510
Lincoln NE 68501-2519


Cabelas Club Visa
PO Box 92519
Lincoln NE 68501


Capital One
PO Box 60507
City of Industry CA 91716


Capital One Auto Finance
7933 Preston Road
Plano TX 75024


Chase
PO Box 15123
Wilmington DE 19850-5123


CNH Capital Productivity Plus
PO Box 790439
St Louis MO 63179

```
Comenity Bank/Good Sam's
PO Box 659820
San Antonio TX 78265-9120


Commerce Bank
PO Box 806000
Kansas City MO 64180-6000


Crop Production Services
1851 Hwy 83
Oberlin KS 67749


Decatur Cooperative Associatio
305 South York Avenue
Oberlin KS 67749-0068


Discover Card
PO Box 6103
Carol Stream IL 60197-6103


Disover Personal Loans
PO Box 6105
Carol Stream IL 60197-6105


Don Fisher
7887 E Belleview Ave
Suite 810
Englewood CO 80111


Financial Solutions
George Woods Consultant
1357 Broadway
New York NY 10018


First National Bank Omaha
PO Box 2557
Omaha NE 68103-2557


Honda Financial Services
PO Box 105027
Atlanta GA 30348-5027


John Deere Financial
PO Box 650215
Dallas TX 75265-0215
```

Mauck Flying Service LLC
PO Box 156
1511 Ballpark Road
Hoxie KS 67740


Royal Legal Group LLC
7500 College Blvd, 5th Floor
Overland Park KS 66210


Sam's Club
PO Box 530981
Atlanta GA 30353-0981


Sears Credit Cards
PO Box 78051
Phoenix AZ 85062-8051


Sears Credit Cards
P.O. Box 6282
Sioux Falls SD 57117-6282


Steven W. Hirsch
124 S Penn
PO Box 296
Oberlin KS 67749-0296


Synchrony Bank
PO Box 530912
Atlanta GA 30353-0912


Synchrony Bank
332 Minnesota St
Ste W600
Saint Paul MN 55101-1535


Synchrony Bank/JC Penney
PO Box 965090
Orlando FL 32896-0090


The Bank
Box 10
Jennings KS 67643

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
**Doris Fleckenstein**

Case No.    **17-11342**

Debtor(s)

Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Amazon Synchrony Bank**
     **PO Box 960013, Orlando, FL 32896**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:    **$3,494.00**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;      ☐ priority;      ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim:**11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**      **129 West 2nd Avenue**
         **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                 **/s/ Dan W. Forker, Jr.**
                 **Dan W. Forker, Jr. 6442**
                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
        **Doris Fleckenstein**

Case No.    **17-11342**

Debtor(s)      Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **American Express**
                                **PO Box 650448, Dallas, TX 75265-0448**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:     **$1,823.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

     ☐ secured;            ☐ priority;            ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                     **/s/ Dan W. Forker, Jr.**
                                     **Dan W. Forker, Jr. 6442**
                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

| In re | **Leonard Fleckenstein**<br>**Doris Fleckenstein** | | Case No. | **17-11342** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **12** |

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **Bank of America**
   **PO Box 660807, Dallas, TX 75266-0807**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed:  **$6,700.00**
   - Nature of claim:
   - Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;  ☐ priority;  ☑ general unsecured.

4. Trustee, if one has been appointed:  **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**   **129 West 2nd Avenue**
**Hutchinson, KS 67501**
Attorney for Debtor(s) (type name and address)

Certificate of Service: I,  **Dan W. Forker, Jr. 6442**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

**/s/ Dan W. Forker, Jr.**
**Dan W. Forker, Jr. 6442**
**Signature**

# United States Bankruptcy Court
## District of Kansas

| | | | |
|---|---|---|---|
| In re | **Leonard Fleckenstein**<br>**Doris Fleckenstein** | Case No. | **17-11342** |
| | Debtor(s) | Chapter | **12** |

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Bank of America**
   **PO Box 660807, Dallas, TX 75266-0807**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:    **$4,658.00**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                     **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____ .

**/s/ Dan W. Forker, Jr.**
**Dan W. Forker, Jr. 6442**
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
        **Doris Fleckenstein**                                   Case No.   **17-11342**

                                        Debtor(s)          Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Bank of America Credit Card**
                                     **PO Box 851001, Dallas, TX 75285-1001**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$3,519.24**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

   ☐ secured;             ☐ priority;             ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                     **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                    */s/ Dan W. Forker, Jr.*
                                    **Dan W. Forker, Jr. 6442**
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
       **Doris Fleckenstein**

                                       Debtor(s)

Case No.    **17-11342**

Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Cabela's Club Visa**
                                           **PO Box 82510, Lincoln, NE 68501-2519**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$3,047.79**

     Nature of claim:

     Date incurred:    **7/10/2016**

3. This claim has been scheduled as (Check one box):

   ☐ secured;             ☐ priority;             ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                          **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                     **/s/ Dan W. Forker, Jr.**
                                     **Dan W. Forker, Jr. 6442**
                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
      **Doris Fleckenstein**

Case No.   **17-11342**

Debtor(s)      Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Cabelas Club Visa**
                                    **PO Box 92519, Lincoln, NE 68501**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$3,141.65**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**      **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                      **/s/ Dan W. Forker, Jr.**
                                      **Dan W. Forker, Jr. 6442**
                                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
       **Doris Fleckenstein**                           Case No.    **17-11342**

                                          Debtor(s)           Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Capital One**
                                    **PO Box 60507, City of Industry, CA 91716**

2. Claim (amount owed, nature of claim, date incurred):
     Amount owed:    **$4,710.91**
     Nature of claim:
     Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;             ☐ priority;             ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                       **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                 **/s/ Dan W. Forker, Jr.**
                                 **Dan W. Forker, Jr. 6442**
                                 **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
      **Doris Fleckenstein**                                 Case No.   **17-11342**

                                   Debtor(s)      Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Capital One Auto Finance**
                                               **7933 Preston Road, Plano, TX 75024**

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    **$5,212.00**
       Nature of claim:
       Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;            ☐ priority;            ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]**10/16/17**

or

☐      This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐      This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐      This claim was added to the schedules after the deadline for filing claims stated above.

☐      This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐      A plan in this case was confirmed on [Date ____].

☐      No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date ____] at [Location ____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date ____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**           **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                       **/s/ Dan W. Forker, Jr.**
                                       **Dan W. Forker, Jr. 6442**
                                       **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
      **Doris Fleckenstein**

                     Debtor(s)

Case No.   **17-11342**

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   **Chase**
                                   **PO Box 15123, Wilmington, DE 19850-5123**

2. Claim (amount owed, nature of claim, date incurred):

    Amount owed:   **$1,881.72**

    Nature of claim:

    Date incurred:

3. This claim has been scheduled as (Check one box):
  ☐ secured;         ☐ priority;         ☑ general unsecured.

4. Trustee, if one has been appointed:   **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**         **129 West 2nd Avenue**
                                  **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                **/s/ Dan W. Forker, Jr.**
                                **Dan W. Forker, Jr. 6442**
                                **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
       **Doris Fleckenstein**

Case No.   **17-11342**

Debtor(s)     Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   **Chase**
                                        **PO Box 15123, Wilmington, DE 19850-5123**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:   **$16,241.64**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:   **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                         **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   **Dan W. Forker, Jr. 6442**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                       **/s/ Dan W. Forker, Jr.**
                                       **Dan W. Forker, Jr. 6442**
                                       **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
         **Doris Fleckenstein**

                   Debtor(s)

Case No.    **17-11342**

Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Chase**
                               **PO Box 15123, Wilmington, DE 19850-5123**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$1,865.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**      **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                         **/s/ Dan W. Forker, Jr.**
                         **Dan W. Forker, Jr. 6442**
                         **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
       **Doris Fleckenstein**

Case No.   **17-11342**

                  Debtor(s)

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   **CNH Capital Productivity Plus**
                             **PO Box 790439, MO 63179**

2. Claim (amount owed, nature of claim, date incurred):

    Amount owed:   **$0.00**

    Nature of claim:

    Date incurred:   **12/2014**

3. This claim has been scheduled as (Check one box):
  ☐ secured;       ☐ priority;       ☑ general unsecured.

4. Trustee, if one has been appointed:   **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**       **129 West 2nd Avenue**
                                  **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                      **/s/ Dan W. Forker, Jr.**
                      **Dan W. Forker, Jr. 6442**
                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
       **Doris Fleckenstein**

Case No.   **17-11342**

     Debtor(s)     Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     **Comenity Bank/Good Sam's**
                              **PO Box 659820, San Antonio, TX 78265-9120**

2. Claim (amount owed, nature of claim, date incurred):
     Amount owed:    **$2,328.04**
     Nature of claim:
     Date incurred:    **12/2016**

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**         **129 West 2nd Avenue**
                                       **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                               **/s/ Dan W. Forker, Jr.**
                               **Dan W. Forker, Jr. 6442**
                               **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
       **Doris Fleckenstein**

                Debtor(s)

Case No.   **17-11342**

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     **Commerce Bank**
                                **PO Box 806000, Kansas City, MO 64180-6000**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:     **$519.35**

     Nature of claim:

     Date incurred:     **9/2016**

3. This claim has been scheduled as (Check one box):
   ☐ secured;            ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:     **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date ____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date ____] at [Location ____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date ____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**            **129 West 2nd Avenue**
                                        **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,     **Dan W. Forker, Jr. 6442**    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on ____.

                                          **/s/ Dan W. Forker, Jr.**
                                          **Dan W. Forker, Jr. 6442**
                                          **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
        **Doris Fleckenstein**

                Debtor(s)

Case No.    **17-11342**

Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Crop Production Services**
                             **1851 Hwy 83, Oberlin, KS 67749**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$57,960.69**

     Nature of claim:

     Date incurred:    **7/2016**

3. This claim has been scheduled as (Check one box):

   ☐ secured;            ☐ priority;            ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

   ☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

   ☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

   ☐    This claim was added to the schedules after the deadline for filing claims stated above.

   ☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

   ☐    A plan in this case was confirmed on [Date _____].

   ☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                         **/s/ Dan W. Forker, Jr.**
                         **Dan W. Forker, Jr. 6442**
                         **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
      **Doris Fleckenstein**

                                       Debtor(s)

Case No.   **17-11342**

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Decatur Cooperative Associatio**
                                         **305 South York Avenue, Oberlin, KS 67749-0068**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$0.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;             ☐ priority;             ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                         **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                        **/s/ Dan W. Forker, Jr.**
                                        **Dan W. Forker, Jr. 6442**
                                        **Signature**

# United States Bankruptcy Court
## District of Kansas

| | | | |
|---|---|---|---|
| In re | **Leonard Fleckenstein**<br>**Doris Fleckenstein** | Case No. | **17-11342** |
| | Debtor(s) | Chapter | **12** |

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   **Discover Card**
   **PO Box 6103, Carol Stream, IL 60197-6103**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:   **$13,028.73**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;            ☐ priority;            ☑ general unsecured.

4. Trustee, if one has been appointed:   **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]**10/16/17**

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                      **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,   **Dan W. Forker, Jr. 6442**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

**/s/ Dan W. Forker, Jr.**
**Dan W. Forker, Jr. 6442**
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re  **Leonard Fleckenstein**
       **Doris Fleckenstein**

_____ Case No. **17-11342**

Debtor(s)                                   Chapter **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **Discover Card**
                                  **PO Box 6103, Carol Stream, IL 60197-6103**

2. Claim (amount owed, nature of claim, date incurred):

   Amount owed:  **$10,233.18**

   Nature of claim: _____

   Date incurred: _____

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:  **Carl B. Davis**

5. Original deadline for filing proofs of claim **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                     **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,  **Dan W. Forker, Jr. 6442**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                      **/s/ Dan W. Forker, Jr.**
                                      **Dan W. Forker, Jr. 6442**
                                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
        **Doris Fleckenstein**

            Debtor(s)

Case No.   **17-11342**

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   **Disover Personal Loans**
                          **PO Box 6105, Carol Stream, IL 60197-6105**

2. Claim (amount owed, nature of claim, date incurred):

    Amount owed:   **$17,170.33**

    Nature of claim:

    Date incurred:

3. This claim has been scheduled as (Check one box):
  ☐ secured;           ☐ priority;           ☑ general unsecured.

4. Trustee, if one has been appointed:   **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**         **129 West 2nd Avenue**
                            **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____ .

                      *** /s/ Dan W. Forker, Jr.***

                      **Dan W. Forker, Jr. 6442**
                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**            Case No.    **17-11342**
       **Doris Fleckenstein**

                                          Debtor(s)      Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Don Fisher**
                                     **7887 E Belleview Ave, Suite 810, Englewood, CO 80111**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:      **$197,000.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;                  ☐ priority;            ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

   ☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

   ☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

   ☐    This claim was added to the schedules after the deadline for filing claims stated above.

   ☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

   ☐    A plan in this case was confirmed on [Date _____].

   ☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**           **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                **/s/ Dan W. Forker, Jr.**
                                **Dan W. Forker, Jr. 6442**
                                **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
         **Doris Fleckenstein**                                         Case No.    **17-11342**

                                      Debtor(s)          Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     **Financial Solutions**
                                        **George Woods Consultant, 1357 Broadway, New York, NY 10018**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:     **$0.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

   ☐ secured;               ☐ priority;               ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐      This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐      This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐      This claim was added to the schedules after the deadline for filing claims stated above.

☐      This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐      A plan in this case was confirmed on [Date _____].

☐      No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**           **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                        **/s/ Dan W. Forker, Jr.**
                                        **Dan W. Forker, Jr. 6442**
                                        **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  **Leonard Fleckenstein**
           **Doris Fleckenstein**

Debtor(s)

Case No.  **17-11342**

Chapter  **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Financial Solutions**
                                 **George Woods Consultant, 1357 Broadway, New York, NY 10018**

2. Claim (amount owed, nature of claim, date incurred):

    Amount owed:    **$0.00**

    Nature of claim:

    Date incurred:

3. This claim has been scheduled as (Check one box):

  ☐ secured;        ☐ priority;        ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                   **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                         **/s/ Dan W. Forker, Jr.**
                                       **Dan W. Forker, Jr. 6442**
                                       **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
        **Doris Fleckenstein**

Debtor(s)

Case No.    **17-11342**

Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **First National Bank Omaha**
                                  **PO Box 2557, Omaha, NE 68103-2557**

2. Claim (amount owed, nature of claim, date incurred):

| | |
|---|---|
| Amount owed: | **$19,226.35** |
| Nature of claim: | |
| Date incurred: | **12/2014** |

3. This claim has been scheduled as (Check one box):
☐ secured;        ☐ priority;        ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**         **129 West 2nd Avenue**
                                     **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                      **/s/ Dan W. Forker, Jr.**
                                      **Dan W. Forker, Jr. 6442**
                                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re | **Leonard Fleckenstein**
**Doris Fleckenstein**

Debtor(s)

Case No. **17-11342**

Chapter **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **First National Bank Omaha**
   **PO Box 2557, Omaha, NE 68103-2557**

2. Claim (amount owed, nature of claim, date incurred):

   Amount owed:  **$23,781.51**

   Nature of claim:

   Date incurred:

3. This claim has been scheduled as (Check one box):

   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:  **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐  This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐  This claim was added to the schedules after the deadline for filing claims stated above.

☐  This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐  A plan in this case was confirmed on [Date _____].

☐  No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
**Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,  **Dan W. Forker, Jr. 6442**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

**/s/ Dan W. Forker, Jr.**
**Dan W. Forker, Jr. 6442**
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re **Leonard Fleckenstein**
**Doris Fleckenstein**

Debtor(s)

Case No. **17-11342**

Chapter **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **First National Bank Omaha**
   **PO Box 2557, Omaha, NE 68103-2557**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed: **$21,703.97**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed: **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                     **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, **Dan W. Forker, Jr. 6442**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

**/s/ Dan W. Forker, Jr.**
**Dan W. Forker, Jr. 6442**
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
      **Doris Fleckenstein**

Debtor(s)

Case No.   **17-11342**

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **John Deere Financial**
                                **PO Box 650215, Dallas, TX 75265-0215**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$986.07**

     Nature of claim:

     Date incurred:    **11/2015**

3. This claim has been scheduled as (Check one box):
  ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                     **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                    **/s/ Dan W. Forker, Jr.**
                                    **Dan W. Forker, Jr. 6442**
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
         **Doris Fleckenstein**
                                     Debtor(s)

Case No.    **17-11342**

Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Mauck Flying Service LLC**
                                     **PO Box 156, 1511 Ballpark Road, Hoxie, KS 67740**

2. Claim (amount owed, nature of claim, date incurred):

| | |
|---|---|
| Amount owed: | **$4,344.53** |
| Nature of claim: | |
| Date incurred: | **8/2016** |

3. This claim has been scheduled as (Check one box):
☐ secured;        ☐ priority;        ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**      **129 West 2nd Avenue**
                                       **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                         **/s/ Dan W. Forker, Jr.**
                         **Dan W. Forker, Jr. 6442**
                         **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
       **Doris Fleckenstein**

Case No.   **17-11342**

Debtor(s)     Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Royal Legal Group LLC**
                                **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$0.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

   ☐ secured;            ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

   ☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

   ☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

   ☐    This claim was added to the schedules after the deadline for filing claims stated above.

   ☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

   ☐    A plan in this case was confirmed on [Date _____].

   ☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**       **129 West 2nd Avenue**
                                           **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                    **/s/ Dan W. Forker, Jr.**
                                    **Dan W. Forker, Jr. 6442**
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  **Leonard Fleckenstein**
    **Doris Fleckenstein**

Case No.    **17-11342**

Debtor(s)     Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Royal Legal Group LLC**
                                     **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):
       Amount owed:    **$130,000.00**
       Nature of claim:
       Date incurred:    **5/12/2012**

3. This claim has been scheduled as (Check one box):
☐ secured;             ☐ priority;           ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                  **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                   **/s/ Dan W. Forker, Jr.**
                                   **Dan W. Forker, Jr. 6442**
                                   **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
        **Doris Fleckenstein**                              Case No.    **17-11342**

                                  Debtor(s)       Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Royal Legal Group LLC**
                                   **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$0.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

   ☐ secured;               ☐ priority;           ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

   ☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

   ☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

   ☐    This claim was added to the schedules after the deadline for filing claims stated above.

   ☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

   ☐    A plan in this case was confirmed on [Date _____].

   ☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**         **129 West 2nd Avenue**
                                 **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                   **/s/ Dan W. Forker, Jr.**
                                   **Dan W. Forker, Jr. 6442**
                                   **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
       **Doris Fleckenstein**

Case No.    **17-11342**

Debtor(s)

Chapter    **12**

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Royal Legal Group LLC**
                                      **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$0.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
     ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**    , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                     **/s/ Dan W. Forker, Jr.**
                                     **Dan W. Forker, Jr. 6442**
                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

| | | | |
|---|---|---|---|
| In re | **Leonard Fleckenstein** **Doris Fleckenstein** | Case No. | **17-11342** |
| | Debtor(s) | Chapter | **12** |

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   **Royal Legal Group LLC**
   **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:      **$0.00**
   Nature of claim: _____
   Date incurred: _____

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:  **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐      This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐      This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐      This claim was added to the schedules after the deadline for filing claims stated above.

☐      This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐      A plan in this case was confirmed on [Date _____].

☐      No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**           **129 West 2nd Avenue**
                                       **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,  **Dan W. Forker, Jr. 6442** , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                         **/s/ Dan W. Forker, Jr.**
                         **Dan W. Forker, Jr. 6442**
                         **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
        **Doris Fleckenstein**

                        Debtor(s)

Case No.   **17-11342**

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Royal Legal Group LLC**
                                  **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$0.00**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):
     ☐ secured;                 ☐ priority;           ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:   **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**         **129 West 2nd Avenue**
                                       **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                    **/s/ Dan W. Forker, Jr.**
                                    **Dan W. Forker, Jr. 6442**
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re **Leonard Fleckenstein**
**Doris Fleckenstein**

Debtor(s)

Case No. **17-11342**

Chapter **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **Royal Legal Group LLC**
   **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):

   Amount owed:  **$0.00**

   Nature of claim:  _____

   Date incurred:  _____

3. This claim has been scheduled as (Check one box):

   ☐ secured;  ☐ priority;  ☑ general unsecured.

4. Trustee, if one has been appointed:  **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**            **129 West 2nd Avenue**
                                        **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,  **Dan W. Forker, Jr. 6442**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

**/s/ Dan W. Forker, Jr.**

**Dan W. Forker, Jr. 6442**
**Signature**

# United States Bankruptcy Court
## District of Kansas

| | | | |
|---|---|---|---|
| In re | **Leonard Fleckenstein** **Doris Fleckenstein** | Case No. | **17-11342** |
| | Debtor(s) | Chapter | **12** |

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **Royal Legal Group LLC**
   **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:  **$0.00**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;  ☐ priority;  ☑ general unsecured.

4. Trustee, if one has been appointed:  **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐  This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐  This claim was added to the schedules after the deadline for filing claims stated above.

☐  This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐  A plan in this case was confirmed on [Date _____].

☐  No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**    **129 West 2nd Avenue**
                              **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,  **Dan W. Forker, Jr. 6442** , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

**/s/ Dan W. Forker, Jr.**
**Dan W. Forker, Jr. 6442**
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re **Leonard Fleckenstein**
**Doris Fleckenstein**

Debtor(s)

Case No. **17-11342**

Chapter **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     **Royal Legal Group LLC**
   **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:     **$0.00**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:     **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐     This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐     This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐     This claim was added to the schedules after the deadline for filing claims stated above.

☐     This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐     A plan in this case was confirmed on [Date _____].

☐     No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                     **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,     **Dan W. Forker, Jr. 6442**     , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                     **/s/ Dan W. Forker, Jr.**
                                     **Dan W. Forker, Jr. 6442**
                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

| | | | |
|---|---|---|---|
| In re | **Leonard Fleckenstein** **Doris Fleckenstein** | Case No. | **17-11342** |
| | Debtor(s) | Chapter | **12** |

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Royal Legal Group LLC**
   **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:      **$0.00**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;           ☐ priority;           ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐      This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐      This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐      This claim was added to the schedules after the deadline for filing claims stated above.

☐      This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐      A plan in this case was confirmed on [Date _____].

☐      No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                      **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                      **/s/ Dan W. Forker, Jr.**
                                      **Dan W. Forker, Jr. 6442**
                                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
**Doris Fleckenstein**

          Debtor(s)

Case No.   **17-11342**

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   **Royal Legal Group LLC**
                                 **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):
      Amount owed:    **$0.00**
      Nature of claim:
      Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;              ☐ priority;           ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**         **129 West 2nd Avenue**
                                    **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                         **/s/ Dan W. Forker, Jr.**
                         **Dan W. Forker, Jr. 6442**
                         **Signature**

# United States Bankruptcy Court
## District of Kansas

In re   **Leonard Fleckenstein**
      **Doris Fleckenstein**

Case No.   **17-11342**

Debtor(s)     Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Royal Legal Group LLC**
        **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):

    Amount owed:    **$0.00**

    Nature of claim: _____

    Date incurred: _____

3. This claim has been scheduled as (Check one box):
☐ secured;       ☐ priority;       ☑ general unsecured.

4. Trustee, if one has been appointed:   **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**      **129 West 2nd Avenue**
                             **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   **Dan W. Forker, Jr. 6442**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                              **/s/ Dan W. Forker, Jr.**
                              **Dan W. Forker, Jr. 6442**
                              **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
       **Doris Fleckenstein**

Case No.   **17-11342**

Debtor(s)     Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Royal Legal Group LLC**
                                  **7500 College Blvd, 5th Floor, Overland Park, KS 66210**

2. Claim (amount owed, nature of claim, date incurred):
      Amount owed:    **$0.00**
      Nature of claim:
      Date incurred:

3. This claim has been scheduled as (Check one box):
☐ secured;           ☐ priority;           ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim:**11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**         **129 West 2nd Avenue**
                                       **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                       **/s/ Dan W. Forker, Jr.**
                                       **Dan W. Forker, Jr. 6442**
                                       **Signature**

# United States Bankruptcy Court
## District of Kansas

| | | | |
|---|---|---|---|
| In re | **Leonard Fleckenstein**<br>**Doris Fleckenstein** | Case No. | **17-11342** |
| | Debtor(s) | Chapter | **12** |

### NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Sam's Club**
                                                  **PO Box 530981, Atlanta, GA 30353-0981**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:     **$0.00**

     Nature of claim:

     Date incurred:     **8/2016**

3. This claim has been scheduled as (Check one box):
   ☐ secured;           ☐ priority;         ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]:**10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**        **129 West 2nd Avenue**
                                       **Hutchinson, KS 67501**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,   **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                      **/s/ Dan W. Forker, Jr.**
                                      **Dan W. Forker, Jr. 6442**
                                      **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
       **Doris Fleckenstein**

                       Debtor(s)

Case No.    **17-11342**

Chapter    **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Sears Credit Cards**
                                    **PO Box 78051, Phoenix, AZ 85062-8051**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$9,361.20**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**      **129 West 2nd Avenue**
                                     **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                    **/s/ Dan W. Forker, Jr.**
                                    **Dan W. Forker, Jr. 6442**
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re    **Leonard Fleckenstein**
       **Doris Fleckenstein**

               Debtor(s)

Case No.   **17-11342**

Chapter   **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Sears Credit Cards**
                                      **P.O. Box 6282, Sioux Falls, SD 57117-6282**

2. Claim (amount owed, nature of claim, date incurred):

     Amount owed:    **$11,760.94**

     Nature of claim:

     Date incurred:

3. This claim has been scheduled as (Check one box):

☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:    **Carl B. Davis**

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
                                           **Hutchinson, KS 67501**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,    **Dan W. Forker, Jr. 6442**   , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

                                    **/s/ Dan W. Forker, Jr.**
                                    **Dan W. Forker, Jr. 6442**
                                    **Signature**

# United States Bankruptcy Court
## District of Kansas

In re **Leonard Fleckenstein**
**Doris Fleckenstein**

_____
Debtor(s)

Case No. **17-11342**

Chapter **12**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **Synchrony Bank/JC Penney**
**PO Box 965090, Orlando, FL 32896-0090**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed: **$563.77**
   Nature of claim: _____
   Date incurred: **2013**

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed: __**Carl B. Davis**__

5. Original deadline for filing proofs of claim: **11/14/17**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: **10/16/17**

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Dan W. Forker, Jr. 6442**          **129 West 2nd Avenue**
**Hutchinson, KS 67501**
Attorney for Debtor(s) (type name and address)

Certificate of Service: I, __**Dan W. Forker, Jr. 6442**__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on _____.

**/s/ Dan W. Forker, Jr.**
**Dan W. Forker, Jr. 6442**
**Signature**